ANNA M. SMALL, Appellant, *v.* CARL RUHMSHOTTEL et al., Copartners Doing Business as RUHMSHOTTEL FARMS, et al., Respondents. CARL RUHMSHOTTEL, Third-Party Plaintiff, *v.* AUGUST ROLL, Third-Party Defendant.

Submitted February 23, 1954; decided March 4, 1954.

*Julius Schwartz* for motion.

No one opposed.

Motion granted and Julius Schwartz, Esq., of Hicksville, New York, assigned as counsel to the appellant on the appeal herein.